**UNITED STATES DISTRICT COUT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| A COMMUNICATION COMPANY, INC., d/b/a Acom Healthcare, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 13-1193 JPG/SCW ) |
| PETER M. BONUTTI et al., | ) ) ) |
| Defendants. | |

## MEMORANDUM AND ORDER

In light of Seventh Circuit Court of Appeals admonitions, *see Foster v. Hill*, 497 F.3d 695, 696-97 (7th Cir. 2007), the Court has undertaken a rigorous initial review of pleadings to ensure that jurisdiction has been properly pled. The Court has noted the following defect in the jurisdictional allegations of the complaint (Doc. 2) filed by plaintiff : A Communication Company, Inc., d/b/a Acom Healthcare:

> **Failure to allege the citizenship of an individual.** A complaint asserting diversity jurisdiction must allege the citizenship of an individual defendant, not merely residence. 28 U.S.C. § 1332(a)(1); *Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002); *Held v. Held*, 137 F.3d 998, 1000 (7th Cir. 1998). Allegations of "residence" are jurisdictionally insufficient. *Steigleder v. McQuesten*, 198 U.S. 141 (1905). Dismissal is appropriate where parties allege residence but not citizenship. *Held*, 137 F.3d at 1000. Complaint alleges residence but not citizenship of defendants, Peter M. Bonutti, Boris P. Bonutti, and Dean A. Kremer.

The Court hereby **ORDERS** that plaintiff A Communication Company, Inc., d/b/a Acom Healthcare shall have up to and including December 4, 2013 to amend the faulty pleading to correct the jurisdictional defect. *See* 28 U.S.C. § 1653. Failure to amend the faulty pleading may result in dismissal of this case for lack of subject matter jurisdiction. Amendment of the faulty pleading to reflect an adequate basis for subject matter jurisdiction will satisfy this order.

Plaintiff A Communication Company, Inc., d/b/a Acom Healthcare is directed to consult Local Rule 15.1 regarding amended pleadings and need not seek leave of Court to file such amended pleading.


**IT IS SO ORDERED.**
**DATED: November 21, 2013**

                <u>*s/J. Phil Gilbert*</u>
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**